# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

TROUT TRADING MANAGEMENT CO. LTD., et al.,

    Plaintiffs/Counter-Defendants,

vs.

TIMOTHY W. TROUT,

                                              No. CIV 99-1330 JC/LCS

    Defendant/Third-Party Plaintiff,

vs.

EDITH PACKER and
GEORGE REISMAN,

    Third-Party Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER came on for consideration of the Motion to Alter or Amend Judgment, filed December 10, 2001 (*Doc. 492*). The Court has reviewed the motion, the memoranda and exhibits submitted by the parties, and the relevant authorities. The Court finds that the motion is not well taken and will be denied. Third-Party Defendants failed to raise any issues that would warrant this Court altering or amending its previous decision.

Wherefore,

IT IS ORDERED that the Motion to Alter or Amend Judgment, filed December 10, 2001 (*Doc. 492*) is denied.

DATED January 23, 2002.

/s/ John Edwards Conway
---
SENIOR UNITED STATES DISTRICT JUDGE

Counsel for Defendant/Third-Party Plaintiff:

    John M. Brant, Esq.
    Rodey, Dickason, Sloan, Akin & Robb, P.A.
    Albuquerque, New Mexico

Counsel for Third-Party Defendant Edith Packer:

    Charlotte H. Hetherington, Esq.
    Cuddy, Kennedy, Hetherington, Albetta & Ives, LLP
    Santa Fe, New Mexico

Counsel for Third-Party Defendant George Reisman:

    Kathryn D. Lucero, Esq.
    Foster, Johnson, McDonald, Lucero, Koinis, LLP
    Albuquerque, New Mexico